Jurisdiction is not retained.

### 585 A.2d 358
STATE OF NEW JERSEY v. ALBERT CUNNINGHAM AND BETTY CUNNINGHAM.

July 17, 1990.

Leave to appeal granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Thomas E. Lund/State v. Michael X. Harrison,* 119 *N.J.* 35, 573 *A.*2d 1376 (1990).

Jurisdiction is not retained.

### 585 A.2d 358
STATE OF NEW JERSEY v. ALBERT CUNNINGHAM AND TURNER L. ASKEW.

July 17, 1990.

Leave to appeal granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Thomas E. Lund/State v. Michael X. Harrison,* 119 *N.J.* 35, 573 *A.*2d 1376 (1990).

Jurisdiction is not retained.